# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143053

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PRESIDENT INN PROPERTIES, L.L.C.,
         Petitioner-Appellant,

v

CITY OF GRAND RAPIDS,
         Respondent-Appellee.

SC: 143053
COA: 294452
MTT: 00-310739

_____/

     On order of the Court, the application for leave to appeal the February 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

t1114

_____
Clerk